UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
WESTERN DIVISION

| | |
|---|---|
| In re: ) | |
| ) | |
| **PATEL, DIPAL** ) | Bankruptcy Case No. 18-81597 TML |
| **PATEL, DHARMESHKUMAR** ) | Chapter 7 |
| ) | |
| Debtor(s). ) | |

## CERTIFICATE OF SERVICE

The undersigned certifies that on February 26, 2019, I served by prepaid first class mail a copy of the Notice of Trustee's Final Report and Applications for Compensation and Deadline to Object (NFR) on all parties listed below at the addresses contained therein.

PATEL, DIPAL
PATEL, DHARMESHKUMAR
4300 GLADSTONE DR
LAKE IN THE HILLS, IL 60156

TIMOTHY M HUGHES
LAVELLE LAW LTD
1933 N. Meacham Rd #600
Schaumburg, IL 60173
*(Via ECF Electronic Transmission)*

Discover Bank
Discover Products Inc
PO Box 3025
New Albany, OH 43054-3025

First Colorado National Bank
dba First Capital Bank
1101 Perimeter Drive, Suite 505
Schaumburg, IL 60173

Ashley Funding Services, LLC its successors and
assigns as assignee of Laboratory
Corporation of America Holdings
Resurgent Capital Services
PO Box 10587
Greenville, SC 29603-0587

/s/ Debbie M. Harris

JAMES E. STEVENS, Trustee
6833 Stalter Drive
Rockford, IL 61108
(815) 962-6611
jstevens@bslbv.com